No. 6401.   KIRBY v. ILLINOIS.   App. Ct. Ill., 1st Dist. Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted limited to Question 2 presented in the petition which reads as follows:

"(2) Whether due process requires that an accused be advised of his right to counsel prior to a pre-indictment showup at a police station several hours after his arrest and forty-eight hours after the alleged crime occurred."

No. 1414.   GOOCH ET AL. v. MITCHELL, ATTORNEY GENERAL, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 1429.   FINCKE ET AL. v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 1447.   ANDREWS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 1518.   KEENE v. JACKSON COUNTY ET AL.   Ct. App. Ore.   Certiorari denied.

No. 1527.   ELDON INDUSTRIES, INC., ET AL. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (CLOWES, REAL PARTY IN INTEREST).   Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1530.   ELVIN v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 1535.   FRANZESE v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 1544.   SWANNEY-MCDONALD, INC. v. GRAY ET AL. C. A. 9th Cir.   Certiorari denied.